# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| JEANNE KATHRYN BALL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) Case No. 2:14-cv-61-JDL <br> SOCIAL SECURITY ) <br> ADMINISTRATION COMMISSIONER ) <br> ) <br> Defendant. ) | |

## ORDER ADOPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed his Recommended Decision (ECF No. 21) with the court on January 31, 2015. The time within which to file objections expired on February 17, 2015, and no objections have been filed. The Magistrate Judge notified plaintiff Jeanne Kathryn Ball ("Ball") that failure to object would waive her right to *de novo* review and appeal of the Recommended Decision.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The commissioner's Motion to Strike (ECF No. 15) is **MOOT** with respect to page 21 of Ball's statement of errors, and is otherwise **GRANTED IN PART** and **DENIED IN PART**. The decision of the commissioner is **AFFIRMED**.

SO ORDERED.

      /s/ Jon D. Levy
**United States District Judge**

Dated this 2nd day of March, 2015.